NO EMAIL PROVIDED

Priority  ✓
Send  ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
OCT 26 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALBERT HERSHEY, an individual, and DOOR CONSULTANTS SOFTWARE LLC, a Delaware limited liability company dba RDHS 101,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL J. BERKELEY, an individual; OMNI LOGIX, a California corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: ED CV 07-000689 VAP (JCRx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER DIRECTING DEFENDANTS TO COMPLY WITH ORDER GRANTING LIMITED EXPEDITED DISCOVERY FILED 10-10-07**<br><br>Dept:           Courtroom 4<br>Magistrate:  Hon. John C. Rayburn, Jr.<br>Action Filed: June 7, 2007<br>Trial Date:   None set |

The Ex Parte Application of plaintiffs ALBERT HERSHEY and DOOR CONSULTANTS SOFTWARE LLC dba RDHS 101, for an order compelling compliance with this court's Order Granting Limited Expedited Discovery filed 10-10-07 having been filed and served on defendants;

The court having scheduled and heard oral argument at 9:30 am on October 24, 2007 in Courtroom 4 of the above-entitled court, Magistrate Judge John C. Rayburn presiding, with Douglas W. Lytle appearing by telephone on behalf of plaintiffs HERSHEY and DOOR CONSULTANTS SOFTWARE, and James T.

375442.1   ORDER DIRECTING DEFENDANTS' COMPLIANCE WITH EXPEDITED DISCOVERY ORDER

Case No. ED CV 07-000689 VAP (JCRx)

Bentson, Esq. of the Law Offices of James T. Bentson appearing by telephone on behalf of defendants RANDALL J. BERKELEY and OMNI LOGIX; and

After reviewing the papers and declarations, and having considered the parties' arguments;

**IT IS HEREBY ORDERED THAT:**

1. By **October 29, 2007**, defendants shall serve upon plaintiffs' counsel a Notice specifying a date, time, and place for imaging of defendants' electronic media, and a list of defendants' electronic media, as such requirements are set forth in paragraph 4(A) of Order Granting Limited Expedited Discovery filed 10-10-07. The date/time/place specified by defendants for imaging of electronic media shall be on or before November 14, 2007.

2. By **November 6, 2007**, defendants shall serve upon plaintiffs' counsel written responses and documents responsive to Request for Production Nos. 2-14, as directed in paragraph 6 of the Order Granting Limited Expedited Discovery filed 10-10-07.

3. With regard to paragraph 7 of the Order Granting Limited Expedited Discovery filed 10-10-07, the deposition of defendant Randall J. Berkeley shall take place on Tuesday, **November 13, 2007**, commencing at 10:00 am, at the offices of Duckor Spradling Metzger & Wynne located at 3043 4th Avenue, San Diego, CA 92103.

**IT IS SO ORDERED.**

DATED: 10/26/07

JOHN C. RAYBURN, JR.
UNITED STATES MAGISTRATE JUDGE