# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. EDCV 07-00689-VAP (JCRx) | Date October 24, 2007 |
| Title ALBERT HERSHEY, et al.-v-RANDALL J. BERKELEY, et al | |

Present: The Honorable JOHN RAYBURN, JR., U.S. MAGISTRATE JUDGE

| DONNISHA HAMID | CS 10-24-07 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| DOUGLAS W. LYTLE | JAMES T. BENTSON |

**Proceedings:** PLAINTIFF'S EX PARTE MOTION TO COMPEL

Court heard oral argument on Plaintiff's Ex PARTE APPLICATION for Order Directing Defendants to Comply with this Court's Order granting limited expedited discovery filed 10/10/07.

Plaintiff's counsel is ordered to lodge a proposed order no later than Monday, October 29, 2007.

_____ : 26

Initials of Preparer    dsh