John C. Wynne (Bar No. 83041)
(wynne@dsmwlaw.com)
Douglas W. Lytle (Bar No. 178315)
(lytle@dsmwlaw.com)
DUCKOR SPRADLING METZGER & WYNNE
A Law Corporation
3043 4th Avenue
San Diego, California 92103
(619) 209-3000; (619) 209-3043 fax

[Withdrawing] Attorneys for Plaintiffs
ALBERT HERSHEY, an individual and
DOOR CONSULTANTS SOFTWARE LLC,
a Delaware limited liability company dba
RDHS 101 LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| ALBERT HERSHEY, an individual, and DOOR CONSULTANTS SOFTWARE LLC, a Delaware limited liability company dba RDHS 101,<br><br>Plaintiffs,<br><br>v.<br><br>RANDALL J. BERKELEY, an individual; OMNI LOGIX, a California corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: ED CV 07-000689 VAP (JCRx)<br><br>**NOTICE OF MOTION AND MOTION OF ATTORNEYS LYTLE, WYNNE AND LAW FIRM DUCKOR SPRADLING METZGER & WYNNE FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ALBERT HERSHEY AND DOOR CONSULTANTS SOFTWARE LLC dba RDHS 101 LLC**<br><br>Hrg Date:      October 20, 2008<br>Time:          10:00 a.m.<br>Dept:          Courtroom 2<br>Dist Ct Judge: Hon. Virginia A. Phillips<br>Action Filed:  June 7, 2007<br>Trial Date:    None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on Monday, **October 20, 2008 at 10:00 am**, or as soon thereafter as the matter may be heard in **Courtroom 2** of the above-entitled court located at 3470 Twelfth Street, Riverside, CA 92501, before the

**Honorable Virginia A. Phillips, United States District Court Judge,** attorneys Douglas W. Lytle, Esq., John C. Wynne, Esq., and their firm Duckor Spradling Metzger & Wynne will and hereby do move this Court for an Order granting leave for Douglas W. Lytle, Esq., John C. Wynne, Esq., and their firm Duckor Spradling Metzger & Wynne to withdraw as counsel for plaintiffs Albert Hershey, an individual, and Door Consultants Software LLC, a limited liability company doing business as RDHS 101 LLC.

This motion is made pursuant to Local Rule 83-2.9.2 generally, Local Rule 83-2.9.2.1 as to plaintiff Albert Hershey, and Local Rule 83-2.9.2.3 as to Door Consultants Software LLC dba RDHS 101 LLC.

This motion is based on this Notice of Motion and Motion, the supporting declaration of Douglas W. Lytle, the proposed Order, and all other documents, testimony, or material that may be presented the court.

DATED: September 23, 2008

DUCKOR SPRADLING METZGER & WYNNE
A Law Corporation

By: _____
JOHN C. WYNNE
DOUG W. LYTLE
[Withdrawing] Attorneys for Plaintiffs
ALBERT HERSHEY, an individual and
DOOR CONSULTANTS SOFTWARE
LLC, a Delaware limited liability
company dba RDHS 101