John C. Wynne, Esq. (Bar No. 83041)
(wynne@dsmwlaw.com)
Douglas W. Lytle, Esq. (Bar No. 178315)
(lytle@dsmwlaw.com)
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
(619) 209-3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT HERSHEY, et al.<br><br>Plaintiff<br><br>v.<br><br>RANDALL J. BERKELEY, et al.<br><br>Defendant | No.: ED CV 07-000689 VAP (JCRx)<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br><br>Albert Hershey<br>10552 El Monte Drive<br>Cherry Valley, CA 92223<br><br>Date Served:<br><br>September 30, 2008 |

I, the undersigned, declare under penalty of perjury that I am over the age of 18 years and not a party to this action; that I served the above-named person the following documents:

**Response By The Court To Notice To Filer Of Deficiencies In Electronically Filed Documents (Order Rescheduling Hearing Date)**

in the following manner:

1) ☒   By sending via email to alhershey@rdhs101.com and hersheyta@verizon.net.

2) ☒   By placing a copy in a separate Federal Express envelope, with postage fully prepaid, for each address named above and depositing each with Federal Express at San Diego, California, on September 30, 2008.

3) ☒   The documents were transmitted by facsimile transmission to 760/345-8401 and the transmission has been reported as complete and without error. **A copy of the transmission report is attached.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____September 30, 2008_____, at San Diego, California.

_____
Terrie Quinton, CCLS

```
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
X                            TRANSACTION REPORT                            X
X                                                      SEP-30-2008 TUE 04:05 PM  X
X                                                                          X
X   FOR: Duckor                          6192093044                        X
X                                                                          X
X---------------------------------------------------------------------------X
X   FAX BROADCAST                                                          X
X                                                                          X
X   DATE  START    RECEIVER         TX TIME   PAGES TYPE    NOTE      M#  DP X
X---------------------------------------------------------------------------X
X   SEP-30 04:03 PM 919517691312    **' **"   0    FAX TX   BUSY          198 X
X          04:04 PM 917603458401    1' 49"    7    FAX TX   OK       (01) 198 X
X---------------------------------------------------------------------------X
X                                    TOTAL :  1M 49S  PAGES:  7            X
X                                                                          X
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
```

DUCKOR
SPRADLING
METZGER
& WYNNE
A LAW CORPORATION

3043 4th AVENUE
SAN DIEGO, CALIFORNIA 92103
TELEPHONE (619) 209-3000
FACSIMILE (619) 209-3043
www.dsmwlaw.com

### FACSIMILE TRANSMITTAL

| TO: | FACSIMILE NO.: | TELEPHONE NO.: |
|---|---|---|
| Albert Hershey | 951-769-1312 | |
| | 760-345-8401 | |

| FROM: | Doug Lytle, Esq. |
|---|---|
| RE: | Hershey v. Berkeley |
| FILE NO. | 20177-300 |
| DATE: | September 30, 2008 |

**DESCRIPTION OF DOCUMENT, COMMENT OR SPECIAL INSTRUCTIONS:**

IMPORTANT NOTICE AND LETTER RE AMENDED HEARING DATE AND SCHEDULING CONFERENCE ORDERS

NUMBER OF PAGES SENT: 7 (including cover sheet)

THE PAGES COMPRISING THIS FACSIMILE TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION FROM DUCKOR SPRADLING METZGER & WYNNE. THIS INFORMATION IS INTENDED SOLELY FOR USE BY THE INDIVIDUAL OR ENTITY NAMED AS THE RECIPIENT HEREOF. IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TRANSMISSION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE MAY ARRANGE TO RETRIEVE THIS TRANSMISSION AT NO COST TO YOU.

PALM SPRINGS AREA OFFICE: 78-000 FRED WARING DRIVE, SUITE 102, PALM DESERT, CALIFORNIA 92211 • TELEPHONE (760) 341-3332 • FACSIMILE (760) 200-1340

John C. Wynne, Esq. (Bar No. 83041)
(wynne@dsmwlaw.com)
Douglas W. Lytle, Esq. (Bar No. 178315)
(lytle@dsmwlaw.com)
DUCKOR SPRADLING METZGER & WYNNE
3043 4th Avenue
San Diego, CA 92103
(619) 209-3000

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALBERT HERSHEY, et al. | No.: ED CV 07-000689 VAP (JCRx) |
|---|---|
| Plaintiff | **DECLARATION OF SERVICE** |
| v. | Person Served: |
| RANDALL J. BERKELEY, et al. | SEE ATTACHED SERVICE LIST |
| Defendant | Date Served: |
| | October 1, 2008 |

I, the undersigned, declare under penalty of perjury that I am over the age of 18 years and not a party to this action; that I served the above-named person the following documents:

**Response By The Court To Notice To Filer Of Deficiencies In Electronically Filed Documents (Order Rescheduling Hearing Date)**

in the following manner:

1) ☒ By placing a copy in a separate envelope, with postage fully prepaid, for each address named above and depositing each with the United States Postal Service at San Diego, California, on October 1, 2008.

2) ☐ By sending via email to _____

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _____October 1, 2008_____, at San Diego, California.

Terrie Quinton, CCLS

C:\NrPortbl\iManage\TLQ\388639_1.DOC

**SERVICE LIST**

James T. Bentson, Esq.
814 Morena Blvd., Ste. 110
San Diego, CA 92110-2630

Carroll M. Lawson, Esq.
1801 Orange Tree Ln., Ste. 240
Redlands, CA 92374

Door Consultants Software LLC dba RDHS 101 LLC
10552 El Monte Drive
Cherry Valley, CA 92223