UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   EDCV 07-689-VAP (JCRx)                                   Date   October 27, 2008

Title   ALBERT HERSHEY, an individual, and DOOR CONSULTANTS SOFTWARE LLC, a Delaware limited liability company dba RDHS 101 -v- RANDALL J. BERKELEY, an individual; OMNI LOGIX, a California corporation; and DOES 1-20, inclusive

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Edward Schumann |

Proceedings:   SCHEDULING CONFERENCE;

MOTION OF ATTORNEYS LYTLE, WYNNE AND LAW FIRM DUCKOR SPRADLING METZGER & WYNNE FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS ALBERT HERSHEY AND DOOR CONSULTANTS SOFTWARE LLC dba RDHS 101 LLC (filed 9/23/08);

COURT'S ORDER TO SHOW CAUSE WHY THE ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED FOR FAILURE OF DEFENSE COUNSEL TO APPEAR AT THE COURT ORDERED SCHEDULING CONFERENCE

Court issues a tentative ruling regarding motion to withdraw as counsel of record for plaintiffs.

The Court previously issued its order granting motion to withdraw as counsel of record for plaintiffs on September 24, 2008.

The Court vacates its order to show cause why the answer should not be stricken and default entered.

The Court resets the scheduling conference for Monday, December 1, 2008 at 1:30 p.m.  The joint report shall be filed on or before November 24, 2008.

                                                                                       -       :    10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Initials of Preparer    md